July 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JORGE CORREA AND FELIX RAMIREZ, Appellants

NO. 14-12-01050-CV                     V.

HOUSTON SURGICAL ASSISTANT SERVICES, INC, Appellee

_____

This cause, an appeal from the temporary injunction order in favor of appellee, Houston Surgical Assistant Services, Inc, signed October 29, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the temporary injunction order. We order the temporary injunction order of the court below **AFFIRMED**.

We order appellants, Jorge Correa and Felix Ramirez, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.